No. 87–768.   WILLIAMS v. FORD, WARDEN.   C. A. 11th Cir. Certiorari denied.

No. 87–5167.   DE LOS SANTOS v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 87–5196.   GONZALEZ v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 87–5350.   BRYANT v. NEW JERSEY.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 87–5453.   LAWSON v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 87–5472.   PULEO v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 87–5510.   TURNER v. CITY OF LEBANON ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 87–5651.   LAWRENCE v. STOKES ET AL.   C. A. 11th Cir. Certiorari denied.

No. 87–5653.   BAKER v. CHAGRIN VALLEY MEDICAL CORP. ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 87–5656.   BATTLE v. JONES ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 87–5658.   MARQUEZ ET AL. v. TERRITORY OF GUAM. C. A. 9th Cir.   Certiorari denied.

No. 87–5665.   FREDERICK v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 87–5670.   CRESPO v. ARMONTROUT, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 87–5678.   SCOTT v. INDIANA.   Sup. Ct. Ind.   Certiorari denied.

No. 87–5679.   WOJTALEWICZ v. SHORTRIDGE ET AL.   C. A. 8th Cir.   Certiorari denied.